# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| M.D., Individually; et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DANNETTE SMITH, Chief Executive Officer of the Department of Health and Human Services, Individually; et al.;<br><br>          Defendants. | **4:21CV3315**<br><br><br>**ORDER** |
| J.P., as Next Friend of A.S.W., et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>STATE OF NEBRASKA, et al.,<br><br>          Defendants. | **4:22CV3095**<br><br><br>**ORDER** |

**IT IS ORDERED** that the motions to withdraw as counsel of record (Filing Nos. 111 and 112 in the lead case 4:21cv3315 and Filing Nos. 92 and 92 of the member case 4:22cv3095) are granted and Erik W. Fern and Scott R. Straus are deemed withdrawn as counsel of record for Defendants in these consolidated cases. The Clerk of Court shall terminate electronic notice to Erik W. Fern and Scott R. Straus in these consolidated cases.

Dated this 10th day of October, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge